DORIS ABRAMOWITZ, an Infant, by ANNIE ABRAMOWITZ, Her Guardian ad Litem, Respondent, v. QUEENS BUS LINES, INC., Appellant, and ROY A. MARTELLA, Defendant.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

EMANUEL ALEXIADIS, Respondent, Appellant, v. HARRY H. FISHER and ABRAHAM S. SCHEUMANN, Appellants, Respondents.— Motion to dismiss appeal of defendant Fisher granted by default, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

HELEN CLAIRE BLANK, Appellant, v. JAMES J. BROWNE, as Park Commissioner of the Borough of Brooklyn, and HARRY D. SHEA, Respondents.— Motion to dismiss appeal denied; case to be added to the foot of the calendar and to be ready when reached. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

ELMER HORKITS, Appellant, v. WILLIAM BOWES and MARY BOWES, Respondents.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the April term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

In the Matter of the Application of THE CITY OF NEW YORK, Relative to Acquiring Title Wherever the Same Has Not Been Heretofore Acquired for the Same Purpose in Fee, to the Lands, Tenements and Hereditaments Required for the Purpose of Opening and Extending Surf Avenue from West Fifth Street to West Thirty-seventh Street, in the Borough of Brooklyn, City of New York. THE CITY OF NEW YORK, Appellant; E. M. A. REALTY Co., INC., and Others, Respondents.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the May term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.